**Roberrt Robinson**

**6236 Pleasant Valley Road**

**Eldorado.  CA 95623**

**equipment4u@yahoo.com**

**(408)829-0303**

**Plaintiff In Propria Persona**



**FILED**

APR 20 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

2:26-cv-1576 TLN CKD PS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**Robert Robinson. ,**

**and B.A.D. LLC,**

            **Plaintiff**

**v.**

**Notice of**

**Emergency**

**Temporary** Restraining

**Order**

**Scott Chapman, C.N.A. Foreclosure Defendants.**

**Case No.:** 2:26-CV-1576 TLN CKD PS

**COMPLAINT FOR CIVIL RICO AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**I. PRELIMINARY STATEMENT & JURISDICTION**

**Plaintiff, Robert Robinson, brings this**

action to halt an illegal foreclosure sale scheduled for April 24, 2026. This action arises under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, based on a pattern of fraudulent concealment and interest manipulation by Defendants. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1367 (Supplemental Jurisdiction).

## II. ALLEGATIONS OF RICO VIOLATION & FRAUD

**The Scheme: Defendants have conspired to execute a "lockup" foreclosure by intentionally withholding a proper accounting of funds and failing to credit payments already received by Plaintiff.**

**Predicate Acts: Defendants have committed multiple acts of mail and wire**

fraud by sending deceptive statements that compounded interest upon interest while concealing material facts regarding the actual balance of the loan.

Enterprise: Defendants 1 and 2 operate as an association-in-fact enterprise designed to strip equity from real property through fraudulent procedural manipulation.

## III. MOTION FOR TRO & PRELIMINARY

# INJUNCTION (WINTER FACTORS)

Plaintiff satisfies the criteria set forth in Winter v. NRDC, 555 U.S. 7 (2008):

Likelihood of Success: Defendants' refusal to credit received funds and their compounding of interest constitute "unjust enrichment" and fraud.

Irreparable Harm: The foreclosure is set for May 7. Loss of real property is inherently irreparable and cannot be remedied by

money damages alone.

Balance of Equities: The harm to Plaintiff (loss of property) outweighs any temporary delay in payment to Defendants, who are already secured by the property itself.

## IV. APPLICATION OF BAUMAN CRITERIA

Consistent with Bauman v. U.S. Dist. Court, 557 F.2d 650 (9th Cir. 1977), Plaintiff

asserts that:

No other adequate means of relief exist to stop the April 24, 2026 sale.

The damage  property located at 3048 Rio Linda Blvd. Sacramento,  CA,  is not correctable on a later appeal.

The lower-level foreclosure procedure is clearly erroneous as it is predicated on a debt amount that was fraudulently calculated and lacks an accounting of

funds.

## V. REQUEST FOR WAIVER OF SECURITY BOND (FRCP 65(c))

Plaintiff respectfully requests that the Court waive the security bond requirement pursuant to Fed. R. Civ. P. 65(c). A bond is unnecessary because:

Existing Security: Defendants already hold a recorded security interest in the subject property, which serves as a massive buffer

against any potential loss.

**Preventing Double Recovery: Defendants are currently withholding funds already paid by Plaintiff. Requiring a bond would force Plaintiff to pay "twice" to secure a stay against a foreclosure that is itself based on a fraudulent refusal to account for those very same funds.**

**Equitable Estoppel: Because Defendants have engaged in fraudulent concealment of**

material facts, equity demands they should

not benefit from a bond requirement that

would bar an injured party from seeking

justice.

Dated April 20, 2026

Respectfully Submitted

Robert Robinson In Propria Persona

## PROOF OF SERVICE

I, Kirt Douglas Williams, declare: I am over the age of 18. On April [Date], 2026, I served the following documents: Complaint, Ex Parte Motion for TRO/Preliminary Injunction, and Supporting Points and Authorities via [to the following parties:

Scott Chapman
c/o Geoff Wiggs,
Attorney at Law
1900 S. Norfolk Street
San Mateo, CA 94403

C.N.A, Foreclosure Services
2020Camino Del Rio N.#230
San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 20, 2026

Signature: _____

Kirt Douglas Williams, Plaintiff Pro Se