EASTERN DISTRICT OF CALIFORNIA

## TEMPORARY RESTRAINING ORDER
## (TRO)
## CHECKLIST

2:26-CV-1576 TLN CKD
PS

**NOTE:**    When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)    *Check one.*    Filing party is represented by counsel    ☐

Filing party is acting in pro se    ☒

(B)    Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).* yes

Did applicant discuss alternatives to a TRO hearing? yes

Did applicant ask opponent to stipulate to a TRO? yes

Opposing Party: Scott Chapman

Telephone No.: 650-771-3597

(C)    Has there been undue delay in bringing a TRO? no

Could this have been brought earlier?

Yes: ☐        No: ☒

'TRO Checklist - *Page 2*

(D)     What is the irreparable injury?

*The Loss of property, where family Resides.*

Why the need for an expedited hearing? *Foreclosure SAle DATE 4-27-26 3pm*

(E)     Documents to be filed and (unless impossible) served on affected parties/counsel:

☒     (1)     Complaint

☒     (2)     Motion for TRO

☒     (3)     Brief on all legal issued presented by the motion

☐     (4)     Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given

☒     (5)     Affidavit in support of existence of irreparable harm

☒     (6)     Proposed order with provision for bond

☒     (7)     Proposed order with blanks for fixing:

      ☒     Time and date of hearing for motion for preliminary injunction

      ☒     Date for filing responsive papers

      ☒     Amount of bond, if any

      ☒     Date and hour of issuance

☒     (8)     For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 231 and FRCP 65(b)*