UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT ROBINSON, B.A.D. LLC,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>SCOTT CHAPMAN and C.N.A.<br>FORECLOSURE SERVICES, INC.,<br><br>    Defendants - Appellees. | No. 26-2648<br><br>D.C. No.<br>2:26-cv-01576-TLN-CKD<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

This court lacks jurisdiction over this appeal because the April 22, 2026 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291; *Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**