UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ROBINSON,

Plaintiff,

v.

SCOTT CHAPMAN, et al.,

Defendants.

No. 2:26-cv-01576-TLN-CKD

**ORDER**

Plaintiff, proceeding pro se, filed this action against Defendants Scott Chapman and C.N.A. Foreclosure, alleging violations of the Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. § 1962, and common law fraud. (ECF No. 1 at 4–5; ECF No. 4.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 22, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 11.) No objections were filed and the time to do so has elapsed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations are supported by the record and by

proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 11) are ADOPTED in full;

2. Plaintiff's claims are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE