# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ROBERT ROBINSON ,**

v.

**SCOTT CHAPMAN , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:26−CV−01576−TLN−CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/4/2026 .**

ENTERED: **November 4, 2026**

/s/ **Keith Holland**
Clerk of Court